USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  **9/26/2025**

# MISHAEL M. PINE
Attorney at Law

75 South Broadway | Suite 4-4022
White Plains, NY| 10601
Mishael_Pine@yahoo.com
Mishael.Pine@mishaelpineslaw.com

Licensed: NY, NJ, NY
& NJ Fed. Courts, USSC
Tele: (347) 927-9343
Fax: (917) 210-3737

_____

September 5, 2025

**MEMO ENDORSED**

Hon. Nelson Stephen Roman
United State District Court
Southern District of New York
Hon. Charles L. Brient Jr. Federal Building
and United States Courthouse
300 Quarropas Street
White Plains, NY  10601-4150

**Plaintiff Counsel's request to withdraw from further representing Plaintiff is GRANTED without opposition and for good cause shown. The Court stays the proceeding for 21 days, until October 10, 2025, to allow Plaintiff an opportunity to obtain new counsel. If Plaintiff fails to timely notify the court or if newly retained counsel fails to file a notice of appearance by October 10, 2025, the Court will assume that Plaintiff is proceeding pro se. Outgoing counsel should serve a copy of this endorsement on Plaintiff and file proof of service on the docket. The Clerk of Court is kindly requested to terminate the motions at ECF Nos. 23 and 24.**
**Dated: September 26, 2025**
**White Plains, New York**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:  *Dwayne Pulliam v. County of Westchester et al;*
      *Docket No. 7:25-cv-03058* – Motion to Withdraw as legal counsel

Dear Judge Roman:

As the court is aware, my office has been representing the Plaintiff, Mr. Dwayne Pulliam, in the matter of *Dwayne Pulliam v. County of Westchester et al, No. 7:25-cv-03058*. After multiple discussions with my client on the progress of this case and how to proceed further, we have mutually agreed that it would be best for Mr. Pulliam to have pro bono counsel to represent him going forward.

Initially, when Mr. Pulliam contacted me in the late spring to early summer of 2024, he requested my assistance in helping him file a complaint in this matter, which we were able to do. At the time, Mr. Pulliam was also aware that in addition to my private practice, I also work part-time as a staff attorney for a nonprofit organization (Pacific Justice Institute) helping individuals with various religious liberty concerns.  The clients we receive through our organization do not pay for our services.  Therefore, when it comes to clients that I accept as part of my private practice, I <u>cannot</u> provide pro bono services to them.

Between mid-July 2025 and September 2, 2025, Mr. Pulliam and I have been discussing his matter and how best to proceed in light of recent financial constraints for both of us, in addition to time constraints for myself.  My client sent me a letter dated August 1, 2025 regarding his consideration of seeking pro bono counsel.  On September 2, 2025, I was able to meet in person with my client at the Westchester County Correctional Facility to discuss this matter further, and at that time, it was determined by Mr. Pulliam that he would seek pro bono

representation and I would withdraw as legal counsel. My client stated that he mailed me a letter about this decision and would then communicate with the court about his desire to officially seek pro bono counsel for his case. My client is also aware that I would do what I could to assist pro bono counsel in obtaining a better understanding of this case.

Therefore, I intend to file a formal withdrawal as legal counsel, providing the court with a declaration in this respect.

I am also in receipt of the recent Pre-Motion letter from defense counsel for the County of Westchester, filed on September 3, 2025, as well as the court's order for a response by September 8, 2025. On September 4, 2025, Mr. Pulliam and I had a call to discuss this Pre-Motion letter, and such copy was sent to him by regular mail on September 4, 2025. I would request that this court provide Mr. Pulliam with an extension of time in responding to the Pre-Motion letter, to allow him to have pro bono counsel appointed to assist him further.

I thank the court for its time and consideration of this matter.

Very truly yours,


__/s/_ *Mishael M. Pine*_____
Mishael M. Pine, Esq.
*Counsel for Plaintiff*

Mishael M. Pine, Attorney at Law
75 South Broadway, Suite 4-4022
White Plains, NY 10601
T: (347) 927-9343
F: (917) 210-3737
Email: mishael_pine@yahoo.com

cc:
Mr. Robert Taglia, Esq. – via ECF
Mr. James Randazzo, Esq. – via ECF
Federal Bureau of Investigation – via email and mail
Wellpath, LLC – via mail