UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCT 0 3 2025

NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

Dwayne Pulliam
(List the full name(s) of the plaintiff(s)/petitioner(s).)

7:25 CV 03058 ( NSR )( )

-against-

Shaw Menton, Andre Wynter, Anthony Cosareale
Jane Doe Monroe, Jan Doe Kechi, F.B.I agents
(List the full name(s) of the defendant(s)/respondent(s).)

Application for the Court to
Request Pro Bono Counsel

**MEMO ENDORSED**
(see p. 2)

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [✓] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

Currently Corrections are impeding lawlibrary Access: Copies, typewriter-use, typing paper, access to mail, package room etc. It is acting boldly and void of any fear or impunity. My weight is around 146 lbs. They are limiting access to prescribed cardiac meals. I am 5'11" and drastically under weight. My medical conditions are not being addressed. I have exhausted all moneys. No family in state, and they are manipulating and exploiting mail. If I cannot seek redress through grievance; because its a defunct model with perfunctorily (appointed) actors. Some staff is exceptional but the predominate culture rewards cooperation and rejects objectivity! With counsel assistance, I have (not been recieving humane treatment) Access to redress/life.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

Currently, I have written a form letter to utilize as a modality to contact more attorney's with onus of time being a priority. Here, they are denying me copy access, in part because staff members think I am litigating against them! So these (9-29-25) are impediments. Yet, manually contacted Atty: John J. Walsh 55 Church Street White Plains, Katherine Zalantis 120 White Plains Rd, & John Tait 203 East Post Rd Atty (10-1-25) (9-30-25)

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: English                        11 Broadway Suite 615 N.Y.
Responses from Queens Civil litigation Attorney Charrington
5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

10-1-2025
Date

*(signature)* Dwayne Pulliam
Signature

Pulliam Dwayne D
Name (Last, First, MI)

268-066
Prison Identification # (if incarcerated)

Westchester County Jail  P.O. Box 10  Valhalla, N.Y. 10595
Address                     City              State      Zip Code

_____                    _____
Telephone Number                            E-mail Address (if available)

**Plaintiff's application request for pro bono counsel is DENIED without prejudice to renew. Plaintiff shall have until November 20, 2025 to notify the Court if he has retained new counsel. If Plaintiff fails to do so by the deadline, the Court will assume that Plaintiff is proceeding pro se. The Clerk of Court is kindly directed to terminate the motion at ECF No. 35 and to mail a copy of this endorsement to Plaintiff at his address as it is listed on the docket and to show proof of service on the docket.**

**Dated: November 6, 2025**
**White Plains, New York**

SO ORDERED:

*(signature)*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dwayne Pulliam 286-066
Westchester County Jail
P.O. Box 10
Vanhalla, New York 10595


Hon. Nelson Stephen Roman
United States District Court
Southern District of New York
Hon. Charles L. Brienty Jr. Federal Building
and United States Court House
300 Quarropas Street
Whites Plains, New York 10601-4150

Re: Dwyane Pulliam V. County of Westchester etc.
Docket No. 7:25- CX - 03058  [ **Appointment of Counsel Request**]


Dear Judge Roman:

At this time I am petitioning the courts for the assignment of legal council. Previously, I have ehausted all of my personal funds funds pursuant to challenging on going retaliation.

    In part, there is a medical condition involved and the medcal issues limits this writers ability to proceed pro se or have time to solidify new cousel. Also there is a proven disruption of mail services pursant the parties facilitating my security. This legal action was the only way to preclude or expose the abuses and malfeasance.

    In fact, to issue set up misbehavior reports, deny medical treatment, medications, medical diets, medical mattress and utilize bilateral staff members to assist is this behavior. All of these above mentioned abuses have happen subsequent to filing the civil suit against corrections. The dates are as follows: [7-29 set up ticket, 7-30, confiscation of medical mattess, 7-31, denial of sick call, 8/10 -8/31 denial of evening diabetic snack and medically prescribed medication]. As I write this communication I have not been medicated today. I am in pain!

    Upper correction management was not initially in support of said abuses, however since the filing of civil complaint they have also become complicit. All of what I speak of happed within the the last two months.

    Currently, I have given my attorney over $12,000 pursant to procuring the July 2025 complaint. The last set up ticket 7-29- 2025 . Now without any representation, my medical treatment will become worse.

                        Respectfully and sincerely
                              submitted                 Dwayne Pulliam

*[signature: Dwayne Pulliam]*
                                                              August 02, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SEP 18 2025
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

Dwayne Pulliam
(List the full name(s) of the plaintiff(s)/petitioner(s).)

7:25 CV 03058

-against-

Shaun Menton, Andre Wynter, Anthony Casorale, Jane Doe Monroe, Jane Doe Kechi
(List the full name(s) of the defendant(s)/respondent(s).)

Application for the Court to Request Pro Bono Counsel

**MEMO ENDORSED** (see p. 2)

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

Since filing this claim as of 7-29-25: I recieved a set up ticket that has affected my access to meds, medical treatment and been subject to punitive retribution, keeplock, Isolation and Job discrimination. Prescribed meds not delivered, medical (prescribed) mattresses confiscated, legal documents displaced it re initiated 7-29-2025. Legal Mail facilitation has been weaponized against the litigant. Law library access is not daily and is less than adequately sufficient. They refuse to hire any inmates as legal law library clerks. Currently experiencing Neuropathic pain & chest pains

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

Have contacted over 40 Attys; Recieved around 12 responses. The facility (here) made copies of all the responses. I no longer keep copies because of facility (searches) retaliation. John J. Collellere sent legal package, and American Bar Association N.Y.C. sent formant How to file pkg. Atty Sivin M & Roach sent questionare Sivin, Miller & Roche LLP 20 Vesey Street Suite 1400 N.Y. N.Y. 10007 PH 800-836-3156

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: English

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

September 8, 2025
Date

Dwyane Pulliam
Signature

Dwayne Pulliam middle name Dred    268-066
Name (Last, First, MI)    Prison Identification # (if incarcerated)

P.O. Box 10    Vanhalla,    New York    10595
Address    City    State    Zip Code

Telephone Number

E-mail Address (if available)

The Court is in receipt of Plaintiff's application request for pro bono counsel dated September 8, 2025. The request is DENIED without prejudice to renew as premature, in light of Plaintiff's Counsel's pending request to withdraw as counsel (ECF Nos. 23-24) and, therefore, Plaintiff's current lack of pro se status.

Dated: September 19, 2025
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

P.O. Box 10 Valhalla,
N.Y. 10595


WESTCHESTER NY 105


RECEIVED
SEP 18 2025
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

Hon. Nelson Stephen Roman
United State District Court
Southern District of New York
Hon Charles L. Brieant Jr. Fed blg
United states Courthouse
300 Quarropas Street
White Plains, N.Y 10601-415



10601-414000



Dwayne Pullinn 268-DUU
Westchester County Jail
P.O. Box ED
Valhalla, N.Y.
10595

WESTCHESTER NY 105
1 OCT 2025 PM 1 L

RECEIVED
OCT 03 2025
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

Hon. Nelson Stephen Roman
United States District Court
Southern District of New York
Hon. Charles L. Brieant Jr. Fed bldg.
And United States Court House
300 Quarropas Street
White Plains, N.Y. 10601 — 4150

10601-415099