USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/29/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE PULLIAM,

Plaintiff,

-against-

COUNTY OF WESTCHESTER et al.,

Defendants.

25-CV-3058 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court issues this Order to clarify the Court's previous Orders at ECF Nos. 57 and 58.

To clarify, all Defendants are directed to respond or otherwise move with respect to the operative Complaint on or before May 4, 2026. In the event a Defendant intends to seek leave to move with respect to Plaintiff's Complaint, they should do so by filing a pre-motion letter on the docket per the Court's Individual Rules by May 4, 2026, after which time the Court will set a briefing schedule.

SO ORDERED.

Dated:    April 29, 2026
          White Plains, New York

NELSON S. ROMÁN
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Martella Munroe, LPN
   100 Woods Road
   Valhalla, New York 10595

2. Kachi Nweke, NP
   100 Woods Road
   Valhalla, New York 10595

3. FBI Special Agent Kevin Gonyo[1]
   26 Federal Plaza, 23rd Floor
   New York, New York 10278

   FBI Special Agent Kevin Gonyo
   222 Bloomingdale Road, 200
   White Plains, New York 10605

---

[1] It is unclear from Plaintiff's Second Amended Complaint which FBI field office FBI Special Agent Kevin Gonyo is based out of. In an abundance of caution, the Court directs that service on Defendant Kevin Gonyo is attempted at both addresses.